IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3281 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY D. PREUIT and FEDERAL HOME LOAN BANK OF TOPEKA, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a Motion to Confirm Sale (Filing No. 21). Pursuant thereto,

IT IS ORDERED:

1) That any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than May 20, 2005, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

2) That in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

3) That in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 8:30 a.m. on June 7, 2005, in Courtroom 5, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

4) That the Clerk shall mail a copy of this Order to the following parties:

| Timothy D. Preuit | Bernardine Scripture |
| ------------------------- | ---------------------------- |
| Waverly, NE 68462 | York, NE 68467 |

DATED: _May 4, 2005._____.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court